# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER J. CONNOLLY,       Bankruptcy No. 15-20238-CMB

    Debtor.       Chapter 11

CHRISTOPHER J. CONNOLLY,       Related to Doc. Nos.: 209 & 210 , 229

    vs.

NO RESPONDENT.       Hearing Date and Time:
June 13, 2017 at 1:30 p.m.

**ENTERED BY DEFAULT**

## ORDER OF COURT

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion for Final Decree be, and hereby is, **GRANTED**.

Date: May 24, 2017

Carlota M. Böhm
United States Bankruptcy Court Judge

kmt

FILED
5/24/17 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA